

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  08/03/2026,  Sheryl Ellis _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Eastern District of North Carolina _____ .

Case number:  26-03512

Certificate number:  NCE26-035124955000

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance