

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/29/2026   Robin Couto _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Eastern District of North Carolina       .

Case number:  26-03083

Certificate number:  NCE26-030834938473

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance