

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  08/04/2026  Rachelle Shermnan

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Eastern District of North Carolina  .

Case number:  23-01740

Certificate number:  NCE23-017404859954

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance